**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

GREGORY P. MANGO,                     )
                                      )
                                      )    Case No. 1: 24-cv-04490-AKH
         **Plaintiff,**               )
                                      )
              **v.**                  )
                                      )
**VOX MEDIA, LLC,**                   )
                                      )
         **Defendant.**               )
_____ )

**DECLARATION OF SHANE RUMBAUGH IN SUPPORT OF**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Shane Rumbaugh, declare as follows:

1.     I am an attorney and the head of the intellectual property practice at the law firm of Steptoe & Johnson PLLC, a member in good standing of the bars of the State of New York, the District of Columbia, Virginia, and Pennsylvania, and dully admitted to practice before this Court. I am counsel for Defendant, Vox Media, LLC ("Vox Media") in this matter and serve as lead counsel for this dispute.

2.     I submit this declaration in support of Vox Media's Motion to Dismiss the Complaint filed by Plaintiff, Gregory Mango.

3.     I have personal knowledge of the matters in this declaration, and I am competent to testify to the matters set forth below.

4.     Attached hereto as Exhibit A is a true and correct copy of the recent PACER search results for Plaintiff's law firm.

5.     Attached hereto as Exhibit B is a true and correct copy of an article available at http://www.newyorklegalethics.com/liebowitz-law-firm-ends-operations/.

6.      Attached hereto as Exhibit C is a true and correct copy of the complaint filed against Group Nine Media, Inc. in the Southern District of New York on July 15, 2019.

7.      Attached hereto as Exhibit D is a true and correct copy of the PACER search results for Gregory Mango, as a Plaintiff.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

Date: August 20, 2024

Shane M. Rumbaugh