UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gregory P. Mango,<br><br>  Plaintiff,<br><br>  v.<br><br>Vox Media, LLC,<br><br>  Defendant. | Case No.: 1:24-cv-04490-AKH |

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice.

Dated: September 16, 2024

SANDERS LAW GROUP

By: */s/ Joshua D. Vera*
Joshua D. Vera, Esq.
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group
*Attorneys for Plaintiff*