**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **GREGORY P. MANGO,** ) | |
| ) | Case No. 1: 24-cv-04490-AKH |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **VOX MEDIA, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT VOX MEDIA, LLC'S NOTICE OF
MOTION TO AMEND THE JUDGMENT**

PLEASE TAKE NOTICE that Defendant Vox Media, LLC ("Vox Media"), by and through its undersigned counsel, will move this Court for an Order amending the judgment (ECF 16), pursuant to Federal Rule of Civil Procedure 59 (e). This Motion shall be heard before the Hon. Alvin K. Hellerstein, Courtroom 14D, 500 Pearl Street, New York, NY 10007, on a time and date to be designated by the Court, or by such other means of appearance as the Court might direct.

Vox Media incorporates in its entirety the accompanying Memorandum of Law in Support that is being filed herewith. Vox Media bases its Motion on this Notice of Motion; the Memorandum of Law in Support; all pleadings, records and papers on file in this action; oral argument before this Court; matters of which the Court takes judicial notice; and any other documents or information that the Court deems appropriate.

Respectfully submitted,

STEPTOE & JOHNSON PLLC

Date: October 15, 2024                     /s/ Shane Rumbaugh_____

                                           Shane M. Rumbaugh [5985957]
                                           Tel: (412) 504-8145
                                           Email: shane.rumbaugh@steptoe-johnson.com
                                           Jennifer P. Richnafsky [4923595]
                                           Tel : (412) 504-8018
                                           Email : jen.richnafsky@steptoe-johnson.com
                                           One PPG Place, Suite 3300
                                           Pittsburgh, PA 15222

                                           *Counsel for Vox Media, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed this document using the CM/ECF system, which then sent a Notice of Electronic Filing to all registered attorneys in this case, including the following counsel for Plaintiff:

> Craig B. Sanders
> Joshua D. Vera
> Sanders Law Group
> 333 Earle Ovington Boulevard, Suite 402
> Uniondale, NY 11553
> csanders@sanderslaw.group
> jvera@sanderslaw.group

Date: October 15, 2024                    /s/ Shane Rumbaugh_____ _

STEPTOE & JOHNSON PLLC

Shane M. Rumbaugh [5985957]
Tel: (412) 504-8145
Email: shane.rumbaugh@steptoe-johnson.com
Jennifer P. Richnafsky [4923595]
Tel : (412) 504-8018
Email : jen.richnafsky@steptoe-johnson.com
One PPG Place, Suite 3300
Pittsburgh, PA 15222

*Counsel for Vox Media, LLC*