UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GREGORY MANGO,                                                   :
                                                                 :    **ORDER DENYING MOTION**
                            Plaintiff,      :    **TO AMEND JUDGMENT**
                                                                 :
    -against-                                                  :    24 Civ. 4490 (AKH)
                                                                 :
VOX MEDIA, LLC,                                                  :
                                                                 :
                            Defendant.     :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      I deny Defendant's motion to amend the judgment under Fed. R. Civ. P. 59(e) without prejudice. If Defendant wishes to recover its legal fees as the "prevailing party" pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d), it shall file a new motion stating an amount certain and provide adequate supporting information.

      The Clerk shall terminate ECF No. 17.

      SO ORDERED.

Dated:    November 14, 2024
             New York, New York

                                                            ALVIN K. HELLERSTEIN
                                                            United States District Judge