UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
GREGORY MANGO,

                                 Plaintiff,

    -against-

VOX MEDIA, LLC,

                               Defendant.
------------------------------------------------------------- x

**ORDER TO SHOW CAUSE**

24 Civ. 4490 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff Gregory Mango and his attorneys, Joshua D. Vera and Craig B. Sanders, shall each show cause as to why this Court should not impose sanctions on them under Fed. R. Civ. P. 11(b), (c) and 28 U.S.C. § 1927 for their conduct in this case.

      On July 15, 2019, Plaintiff filed a lawsuit in this District against Group Nine Media, Inc.—which was subsequently acquired by Defendant Vox Media, LLC—alleging an infringement of the same copyrighted photograph located on the same website as this instant suit.[1] *Mango v. Group Nine Media*, 19 Civ. 6580 (PKC) (S.D.N.Y. July 15, 2019), ECF No. 1. Shortly thereafter, the parties settled and the case was dismissed. *Id.* at ECF Nos. 5-6. On June 12, 2024, Plaintiff filed this lawsuit alleging an infringement of the same copyrighted photograph located on the same website as the prior lawsuit. ECF No. 1. Plaintiff's complaint made no mention of the prior suit or its settlement, and further pleaded that "Plaintiff first observed the Infringements and Defendant's violation of the DMCA on December 29, 2023," *id.* at ¶ 38, in an

---

[1] Plaintiff's 2019 lawsuit was brought by Richard P. Liebowitz of the Liebowitz Law Firm. Liebowitz was disbarred by the New York State Appellate Division, Second Department following a four-year suspension imposed by this District's Committee on Grievances. *Matter of Liebowitz*, 226 A.D.3d 117 (N.Y. App. Div. 2d Dep't 2024). Craig B. Sanders and his law firm, Sanders Law Group—who represent Plaintiff in this lawsuit—acquired and took over the operations of the Liebowitz Law Firm in January 2022. *See* Edward Rosenthal & Tyler Maulsby, *Liebowitz Law Firm Ends Operations*, New York Legal Ethics Reporter, https://www.newyorklegalethics.com/tag/liebowitz-law-firm (*last accessed* Nov. 13, 2024). Indeed, https://www.liebowitzlawfirm.com now redirects to https://www.sanderslaw.group/.

effort to evade the three-year statute of limitations, which runs from the date of discovery of a copyright infringement. *See* 17 U.S.C. § 507(b); *Psihoyos v. John Wiley & Sons, Inc.*, 748 F.3d 120, 124 (2d Cir. 2014).

In their response to this Order, Plaintiff's attorneys shall disclose whether this lawsuit was client-initiated or attorney-initiated, and disclose whatever basis they had to file this lawsuit, as required by Fed. R. Civ. P. 11(b).

Plaintiff's attorneys shall also consider if the potential sanctions against both the client and attorneys presents a conflict of interest necessitating separate counsel for the client.

A response to this Order to Show Cause shall be filed no later than December 5, 2024.

SO ORDERED.

Dated:  November 14, 2024
        New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge