**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Gregory P. Mango,

                Plaintiff,

                v.

Vox Media, LLC,

                Defendant.

Case No: 1:24-cv-04490-AKH

**APPEARANCE OF COUNSEL**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as counsel for the Plaintiff Gregory P. Mango.

Dated: December 4, 2024

**PETER G. RUBIN, ESQ., P.C.**

By: ___*/s/ Peter G. Rubin*_____
Peter G. Rubin, Esq.
600 Shore Rd. Suite 6L
Long Beach, NY 11561
Tel: (516) 384-2728
Email: pgrubin@hotmail.com
*Attorneys for Plaintiff*