AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

GREGORY MANGO
      Plaintiff(s),

V.

VOX MEDIA LLC
      Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-v-04490-AKH

Notice is hereby given that, subject to approval by the court, __Gregory Mango__ substitutes
(Party (s) Name)

__Peter G. Rubin, Esq.__, State Bar No. __259 8654__ as counsel of record in
(Name of New Attorney)

place of __Craig Sanders, Esq, and Joshua Vera, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Peter G. Rubin, Esq. PC
    Address: 600 Shore Road, Suite 6L
    Telephone: (516) 384-2728     Facsimile _____
    E-Mail (Optional): _____

I consent to the above substitution.
Date: 12/3/2024
(Signature of Party (s))

I consent to being substituted.
Date: 12/3/2024
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/3/2024
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]