UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
GREGORY MANGO,                                                 :
                                                               :     ORDER
                                    Plaintiff,                 :
                                                               :     24 Civ. 4490 (AKH)
            -against-                                          :
                                                               :
VOX MEDIA, LLC,                                                :
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The date by which to reply to the Order to Show Cause, *see* ECF No. 23, is enlarged by one week.  Responses shall be filed no later than December 12, 2024.

      SO ORDERED.

Dated:  December 5, 2024        /s/ Alvin K. Hellerstein_____
           New York, New York        ALVIN K. HELLERSTEIN
                                             United States District Judge