UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GREGORY MANGO,

                                 Plaintiff,

    -against-

VOX MEDIA, LLC,

                               Defendant.

---------------------------------------------------------------- x

**DECISION ON ORDER TO SHOW CAUSE**

24 Civ. 4490 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    In response to my Order to Show Cause dated November 14, 2024 (ECF No. 23), I have received submissions by Plaintiff's counsel, Craig Sanders and Joshua Vera, as well as by Peter Rubin, on behalf of Plaintiff himself. In a conference call with all parties' counsel, I have been authorized by Shane Rumbaugh, attorney for Defendant, to receive and consider these submissions *ex parte*. Accordingly, the submissions have been considered will be filed under seal.

    As to the substance, I accept the representations of Plaintiff's counsel and Plaintiff that all acted in good faith. Therefore, there will be no sanctions ordered by the Court.

    The Clerk of Court shall terminate ECF No. 26.

    SO ORDERED.

Dated:    December 9, 2024
            New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge